IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-237-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, subject to the approval of the Court that:

1. This case shall be consolidated for all purposes with Pfizer Inc et al. v. Teva Pharmaceuticals USA, Inc., C.A. No. 07-360-JJF (hereinafter "Teva I").

2. The Rule 16 Scheduling Order (D.I. No. 14) and all dates therein, entered on August 21, 2007 in Teva I, shall govern this case.

3. The Stipulations filed in Teva I (a) on January 28, 2008 (D.I. 25) and entered by the Court on January 31, 2008, (b) on March 10, 2008 (D.I. 28) and entered by the Court on March 12, 2008, and (c) on March 19, 2008 (D.I. 31) and entered by the Court on March 24, 2008, shall fully apply to this action.

4. All discovery in Teva I shall fully apply to this case and shall be useable herein.

5. The Protective Order entered in Teva I on November 2, 2007 (D.I. 20) shall apply to this case.

609159_1.DOC

6.  Teva's Answer (D.I. 6) filed in Teva I shall be deemed equally applicable to this case and Teva need not formally answer herein.

Dated: May 12, 2008

| /s/ Jeffrey B. Bove | /s/ Richard D. Kirk |
|---|---|
| Rudolf E. Hutz (#484) | Richard D. Kirk (#922) |
| Jeffrey B. Bove (#998) | Ashley B. Stitzer (#3891) |
| Mary W. Bourke (#2356) | BAYARD, P.A. |
| CONNOLLY BOVE LODGE & HUTZ LLP | 222 Delaware Avenue, Suite 900 |
| The Nemours Building | Wilmington, DE 19899-5130 |
| 1007 North Orange Street | (302) 655-5000 |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | Attorneys for Defendant |
| (302) 658-9141 | TEVA PHARMACEUTICALS USA, INC |
| | |
| Attorneys for Plaintiffs | OF COUNSEL: |
| | David M. Hashmall |
| | Frederick H. Rein |
| | Emily L. Rapalino |
| | Joseph B. Crystal |
| | GOODWIN PROCTER LLP |
| | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| | (212) 813-8800 |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

609159_1.DOC